Sanjeev **MALHOTRA,** Plaintiff—
Appellant,

v.

**WATERGATE AT LANDMARK (WAL) CONDOMINIUM ASSOCIATION, WAL Board of Directors and/or its assignees,** Defendant—Appellee.

No. 05–2154.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 23, 2006.

Decided: March 27, 2006.

Sanjeev Malhotra, Appellant Pro Se. Michael Curtis Gartner, Whiteford, Taylor & Preston, Washington, D.C., for Appellee.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sanjeev Malhotra appeals the district court's orders dismissing his claim of wrongful termination and granting summary judgment to Defendant on his claim that his Flexible Spending Account funds were being withheld. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See* (R. Vol. 2 at 2–7); *Malhotra v. Watergate at Land Condo Assoc.*, No. CA–05–76–LMB (E.D. Va. filed Sept. 13, 2005 and entered Sept. 14, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*